# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2026-0658
LT Case No. 2023-DP-000257
_____

S.E., Mother of G.C.E., and
R.R.E., Children,

      Appellant,

      v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

      Appellee.

_____

On appeal from the Circuit Court for Marion County.
Stacy Morris Youmans, Judge.

Carl New, Ocala, for Appellant.

Rachel Batten, of Department of Children and Families,
Brooksville, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Amanda Victoria Glass, Senior Attorney, Appellate Division,
Tallahassee, and Allison J. McCabe, of Statewide Guardian ad
Litem Office Defending Best Interests, Port Orange, for Guardian
ad Litem Office o/b/o G.C.E. and R.R.E.

May 29, 2026


PER CURIAM.

      AFFIRMED.

MAKAR, WALLIS, and KILBANE, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---